UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE E. MATTHEW,

    Plaintiff,

v.                                          CASE NO: 8:04-cv-2021-T-23MSS

HI*TECH ELECTRONIC DISPLAYS, INC.,

    Defendant.
_____/

## **ORDER**

A February 9, 2005, order (Doc. 11) referred to United States Magistrate Judge Mary S. Scriven the plaintiff's motion for default judgment (Doc. 10) and the defendant's motion to set aside default (Doc. 15). Judge Scriven's September 2, 2005, report (Doc. 23) recommends that the court grant in part and deny in part the plaintiff's motion for default judgement and deny the defendant's motion to set aside default. The defendant responds (but does not properly object) to the report (Doc. 24) and fails to identify any error in either the findings of fact or the application of law.

Upon reviewing the report, along with the parties' motions (Docs. 10, 15) and memoranda (Docs. 24, 25), the Magistrate Judge's report and recommendation (Doc. 23) is **ADOPTED**. Accordingly, the plaintiff's motion for default judgement (Doc. 10) is **GRANTED IN PART** to the extent that the defendant is liable on Counts III and IV of the complaint and **DENIED IN PART** as to Counts I and II of the complaint. Likewise, the defendant's motion to set aside default (Doc. 15) is **DENIED**.

The Clerk is directed to enter judgment in favor of Wayne E. Matthew against Hi*Tech Electronic Displays, Inc., in the amount of **$27,147.36**, which includes back pay for lost wages of $6,257.36 and past medical costs of $5,170.00, front pay for future medical costs of $5,720.00, and an award for emotional distress of $10,000.  The judgment amount shall bear interest at the legal rate from the date of entry of the judgment.  The Clerk is further directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on October 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy